AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| American Technology Incorporated | ) | |
| | ) | |
| v. | ) | Case No.: 6:11-cv-109-ACC-GCK, 6:11-cv-113-ACC-G |
| Velocity Micro, Inc., and | ) | |
| American Future Technology Corporation | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on <u>06/28/2011</u> against <u>American Technology Inc.</u> ,
                                                                    Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 100.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 3,980.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,349.54 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,885.67 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 980.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19,427.00 |
| TOTAL | $ 27,722.21 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service          ☑ First class mail, postage prepaid

☐ Other:

s/ Attorney:   <u>Stephen M. Muller</u>

Name of Attorney: Stephen M. Muller

For:   <u>American Future Technology Corporation and Velocity Micro, Inc.</u>   Date:   <u>07/15/2011</u>
                    *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                    *Deputy Clerk*                    *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ITEMIZATION OF "OTHER COSTS" IN SUPPORT OF BILL OF COSTS

| Deposition Costs for Expert Witnesses | |
|---|---|
| *See Nilssen v. Osram Sylvania, Inc.*, 2007 WL 257711, at *4-5 (N.D. Ill. Jan. 23, 2007), *aff'd*, 528 F.3d 1352 (Fed. Cir. 2008) | |
| **Description** | **Total (nearest $)** |
| Deposition Costs for Expert Witness for Damages Issues | 3,514 |
| Deposition Costs for Technical Expert Witness | 15,913 |
| **Total:** | 19,427 |

# Deposition Costs for Expert Witness for Damages Issues

## (Invoices)



1180 Peachtree St. NE. Suite 1900
Atlanta, GA 30309
404.575.3829  phone
404.575.4213  fax

June 22, 2011

Stephen M. Muller, Esq.
Wilmer Cutler Pickering Hale & Dorr
60 State Street
Boston, Massachusetts  02109

RE:     AMERICAN TECHNOLOGY, INC. V. VELOCITY MICRO, INC AND AMERICAN FUTURE
        TECHNOLOGY CORP. ET AL. (INVOICE NUMBER 333383)

Dear Mr. Muller:

        Enclosed is our bill for professional services rendered in the above referenced
matter during the period May 1, 2011 – May 31, 2011.  Our hourly rate fees and out-of-
pocket expenses are summarized below:

| | |
|---|---|
| Professional Fees | $   3,300.00 |
| Expenses | 664.40 |
| *Total Fees and Expenses* | $   3,964.40 |

        If you have any questions, please feel free to call me at 404.575.3829.

                                Very truly yours,

                                Robert A. Hutchins

                                Robert A. Hutchins
                                Director

Attachment

cc:  Gregory H. Lantier, Esq.

*Privileged and Confidential*



## REMITTANCE COPY

|  |  |
|---|---|
| Matter Name: | AMERICAN TECHNOLOGY, INC. v. VELOCITY MICRO, INC. AND AMERICAN FUTURE TECHNOLOGY CORP. et al. |
| Case Number: | 6:10-CV-488-ORL-22GJK |
| Invoice Date: | June 22, 2011 |
| Invoice Number: | 333383 |
| Taxpayer ID: | 36-4094854 |
| Due date for payment: | 30 Days after Receipt of Invoice |

Remittance Address:

\* for payments sent via U.S. mail and overnight service:

    Navigant Consulting, Inc.
    4511 Paysphere Circle
    Chicago, IL 60674

\* for payments sent via wire:

    LaSalle Bank N.A.
    135 S. LaSalle
    Chicago, IL  60674
    Account Name: Navigant Consulting
    ABA#: 071000505
    Account#: 5800151127

| | |
|---|---:|
| Total Professional Fees | $ 3,300.00 |
| Total Consultant Expenses | 664.40 |
| Total Corporate Expenses | - |
| Total Amount Due for May 1, 2011 - May 31 2011 | $ 3,964.40 |



AMERICAN TECHNOLOGY, INC. V. VELOCITY MICRO, INC.
AND AMERICAN FUTURE TECHNOLOGY CORP. ET AL.

*SUMMARY OF HOURS AND FEES BY TASK*
May 1, 2011 - May 31 2011
Invoice Number: 333383

| Tasks | Description | Hours | Fees |
|---|---|---|---|
| 1 | Meetings and Conference Calls with Client | 0.90 | $ 450.00 |
| 6 | Deposition Preparation and Testimony | 5.70 | 2,850.00 |
| | *TOTAL HOURS AND FEES* | 6.60 | $ 3,300.00 |



## AMERICAN TECHNOLOGY, INC. V. VELOCITY MICRO, INC.
## AND AMERICAN FUTURE TECHNOLOGY CORP. ET AL.

*SUMMARY OF HOURS AND FEES BY PERSON*
May 1, 2011 - May 31 2011
Invoice Number: 333383

| Consultant | Title | Hours | Rate | Fees |
|---|---|---|---|---|
| Rob Hutchins | Director | 6.60 | $ 500.00 | $ 3,300.00 |
| *TOTAL HOURS AND FEES* | | 6.60 | | $ 3,300.00 |



AMERICAN TECHNOLOGY, INC. V. VELOCITY MICRO, INC. AND AMERICAN FUTURE TECHNOLOGY CORP. ET AL.

*DETAILS OF EXPENSES BY CONSULTANT*
May 1, 2011 - May 31 2011
Invoice Number: 333383

| Consultant | Airfare | Lodging | Ground | Per Diems | Meals | Internet | Total |
|---|---|---|---|---|---|---|---|
| Rob Hutchins | $ 384.20 | $ 262.20 | $ 18.00 | | | | $ 664.40 |
| Andrew Ackel | | | | | | | - |
| *TOTAL CONSULTANT EXPENSES* | $ 384.20 | $ 262.20 | $ 18.00 | $ - | $ - | $ - | $ 664.40 |

Page No. 1



| Guest Name: | Robert Hutchins |   | Room #: | 504 |
| | Utell/netrez |   | Folio #: | R1B0C3 - 1 |
| | Ref: |   | Group #: | |
| | |   | Guests: | 1 |
| | |   | Clerk: | |
| | CL #: | | | |
| | CC #: ********** | | | |

Arrive: 05/19/11    Time:  09:05 PM    Depart: 05/21/11    Time: 03:14:34    Status: FOL

| Date | Description | Reference | Comment | Charges | Credits |
|------|-------------|-----------|---------|---------|---------|
| 05/19/2011 | SUITE CHARGE | 504 | | $229.00 ⟩ A | |
| 05/19/2011 | SUITE TAX | 504t | SUITE TAX | $33.20 ⟩ | |
| 05/20/2011 | SUITE CHARGE | 504 | | $209.00 ⟩ B | |
| 05/20/2011 | SUITE TAX | 504t | SUITE TAX | $30.30 ⟩ | |

Folio Balance:  $501.50

Signature: _____

$\Sigma A = \$262.20 - 144372 - Lodging - Velocity Micro$

**The Quincy**
1823 L Street NW
Washington, DC 20036
202-223-4320/800-424-2970
Fax: 202-223-8546
www.quincysuites.com

**Rob Hutchins**

| | |
|---|---|
| **From:** | DeltaElectronicTicketReceipt@delta.com |
| **Sent:** | Tuesday, May 17, 2011 1:51 PM |
| **To:** | Rob Hutchins |
| **Subject:** | ROBERT A - ATLANTA 19MAY11 |

 **DELTA**



(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

## Your Receipt and Itinerary

ROBERT A HUTCHINS
697 CRESTHILL AVE NE
ATLANTA GA 30306

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online for your flight. → **Check-in**

## Flight Information

```
DELTA CONFIRMATION #:  GN8LRR
TICKET #:  00623508544315
```

| Day Date | Flight | Status | Bkng Class | City | Time | Meals/ Other | Seat/ Cabin |
|---|---|---|---|---|---|---|---|
| Thu 19MAY | DELTA 1738 | OK | M | LV ATLANTA | 620P | | ** |
| | | | | AR WASHINGTON- REAGAN | 809P | | COACH |
| Mon 23MAY | DELTA 1761 | OK | H | LV PHILADELPHIA | 330P | V | 8D |
| | | | | AR ATLANTA | 549P | | COACH |

Check your flight information online at delta.com or call the Delta Flightline at 800-325-1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.
Please review Delta's check-in Requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov.

Do you have comments about our service? Please email us to share them with us.

Key to Terms
# - Arrival date different than departure date
** - See Seats on delta.com
*** - Multi meals
*SS - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments - Complimentary
S - Snack
T - Cold meal
V - Snacks for Sale

## Passenger Information

ROBERT A HUTCHINS
SkyMiles Number: ******222
Platinum Medallion®

144372 = $384.20 - velocity

## Billing Details

## Receipt Information

Fare Details: ATL DL WAS359.07MA00A0NJ/-PHL DL ATL335.81HA03A0NJ USD694.88END
ZP ATLPHL XF ATL4.5PHL4.5

Fare:      694.88 USD          Form of Payment  AX**********2009
Tax:        73.52 TX
Total:     768.40 USD

NON-REF/$CHANGE FEE
Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

The Medallion status listed reflects a customer's status at the time of ticketing, which may differ from the actual status at the time of flight departure.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

### Detailed Tax Information

**Total Tax: 73.52 USD**

XF      9.00  ZP      7.40  AY      5.00  US      52.12

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.

⊠

TICKET #:  00623508544315
Issue Date: 05/17/11  Expiration: 05/17/12
Place of Ticket Issue:  LAXWEB
Issuing Agent Id:  DL/WW
Ticket Issue date:  17MAY11
Not Transferable

Save money when you book        Up to 40% off and earn      Hotel Search by Hilton      Up to 25,000 bonus
your next car or hotel at        100 miles per day, (200                                   miles. Plus, no annual

2

144372

## TAXICAB RECEIPT

Time: _____

Date: 5/19/2011

Origin of trip: National Airport

Destination: Quincy Hotel

Fare: 15 — _____ Sign: _____

# Deposition Costs for Technical Expert Witness

## (Invoices)

May 1, 2011

Grant Rowan
WilmerHale

Dear Mr. Rowan:

Please accept this invoice in the amount of $13,600.00.  This is invoice is for 34 hours of work performed on the heat pipe project during April 2011.

The following page shows a daily breakdown of my activities in this period.

Please send a check to the address below.  I have a W-9 on file with WilmerHale.

Thank you very much.


Sincerely,


William P. King, Ph.D.
1608 Crabapple LN
Champaign IL 61822

May 1 Invoice

| BreakdownDATE | Hours Worked | Notes |
|---|---|---|
| 1-Apr | 1 | telecon with attorneys, work on report |
| 2-Apr | 1 | examine devices, work on report |
| 3-Apr | 5 | examine devices, work on report |
| 4-Apr | 2 | |
| 5-Apr | | |
| 6-Apr | 2 | work on report |
| 7-Apr | | |
| 8-Apr | | |
| 9-Apr | | |
| 10-Apr | | |
| 11-Apr | 2 | work on report |
| 12-Apr | 6 | telecon with attorneys, work on report |
| 13-Apr | 2 | work on report |
| 14-Apr | 5 | work on report |
| 15-Apr | 3 | work on report |
| 16-Apr | | |
| 17-Apr | 2 | deposition prep |
| 18-Apr | 1 | deposition prep |
| 19-Apr | | |
| 20-Apr | | |
| 21-Apr | | |
| 22-Apr | | |
| 23-Apr | | |
| 24-Apr | | |
| 25-Apr | 1 | deposition prep |
| 26-Apr | | |
| 27-Apr | | |
| 28-Apr | | |
| 29-Apr | | |
| 30-Apr | 1 | deposition prep |
| | 34 | TOTAL HOURS WORKED |

May 26, 2011

Grant Rowan
WilmerHale
1875 Pennsylvania Avenue NW
Washington, DC 20006

Dear Grant:

Please accept this invoice in the amount of $2712.55 for travel to Boston MA, May 24-26, 2011.

My expenses are listed on the following page, including airfare, hotel, meals, and incidentals. My main receipts are attached.

Please send a check to me at the address below.

Sincerely,

William P. King
1608 Crabapple LN
Champaign IL 61822

```
1836.80   airfare
 720.26   hotel+meals
  30.00   taxi 1
  30.00   taxi 2
  15.00   parking
  22.19   Lunch May 24    ✓
  44.30   Dinner May 25   ✓
  14.00   Lunch May 26    —

2712.55   TOTAL
```

**King, William Paul**

| | |
|---|---|
| **From:** | American Airlines@aa.com <notify@aa.globalnotifications.com> |
| **Sent:** | Wednesday, May 11, 2011 10:29 PM |
| **To:** | WPK@UIUC.EDU |
| **Subject:** | E-Ticket Confirmation-FNCFGX  24MAY |



### American Airlines
AA.com

Itinerary & Receipt Confirmation

| Reservations | Award Booking | My Account | Fare Sales & Offers |



Date of Issue: 11MAY11

William P King:

Thank you for choosing American Airlines / American Eagle, a member of the **oneworld®** Alliance.  Below are your itinerary and receipt for the ticket(s) purchased.  Please print and retain this document for use throughout your trip.

**Record Locator: FNCFGX**

You may check in and obtain your boarding pass for U.S. domestic electronic tickets within 24 hours of your flight time online at AA.com by using www.aa.com/checkin or at a Self-Service Check-In machine at the airport.  Check-in options may be found at  www.aa.com/options.  For information regarding American Airlines checked baggage policies, please visit www.aa.com/baggageinfo.  **For faster check-in at the airport, scan the barcode at any AA Self-Service machine.**

You must present a government-issue photo ID and either your boarding pass or a priority verification card at the security screening checkpoint.

 Book a hotel      Book a car      Buy trip insurance



Record Locator: FNCFGX

### Itinerary

| Carrier | Flight Number | Departing City | Date & Time | Arriving City | Time | Booking Code |
|---|---|---|---|---|---|---|
| AA | 4373 | CHAMPAIGN | TUE 24MAY | CHICAGO OHARE | 9:50 AM | Y |

1

| American Airlines | | | 8:55 AM | | | | |
|---|---|---|---|---|---|---|---|
| | OPERATED BY AMERICAN EAGLE | | | | | | |
| | | William King | FF#: E5923N6 EXP | Economy | Seat 14B | Food For Purchase | |
| American Airlines | 1210 | CHICAGO OHARE | TUE 24MAY 12:50 PM | BOSTON | 4:10 PM | Y | |
| | William King | | FF#: E5923N6 EXP | Economy | Seat 12D | Food For Purchase | |
| American Airlines | .1919 | · BOSTON | FRI 27MAY 10:10 AM | CHICAGO OHARE | 12:00 N | Y | |
| | William King | | FF#: E5923N6 EXP | Economy | Seat 11D | Food For Purchase | |
| American Airlines | 4021 | CHICAGO OHARE | FRI 27MAY 1:00 PM | CHAMPAIGN | 1:45 PM | Y | |
| | OPERATED BY AMERICAN EAGLE | | | | | | |
| | | William King | FF#: E5923N6 EXP | Economy | Seat 4A | Food For Purchase | |

## Receipt

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| WILLIAM KING | 0012339079466 | 1668.84 | 167.96 | 1836.80 |

Payment Type:Visa XXXXXXXXXXXX3174    **Total: $1836.80**

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage,.

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

**Conditions Of Carriage**    **Special Assistance**    **Flight Check-In**    **Flight Status Notification**

    We know why you fly
AmericanAirlines
AA.com



## MILLENNIUM
### BOSTONIAN HOTEL
#### BOSTON

| INFORMATION INVOICE | | Room No. | : | 515 |
|---|---|---|---|---|
| Membership No. | : | Arrival | : | 05-24-11 |
| A/R Number | : | Departure | : | 05-27-11 |
| Group Code | : | Page No. | : | 1 of 2 |
| Company Name | : WilmerHale LLP | Folio No. | : | |
| | | Conf. No. | : | 4611961 |
| | | TA Record Locator : | | |

**William King**
**1608 crapapple ln**
**Champaign IL 61822**
**United States**

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 05-24-11 | HSIA - In Room | 9.95 internet ✓ | |
| | Room# 515 : $9.95 for 24 hours o | | |
| | $9.95 for 24 hours o | | |
| 05-24-11 | North 26 Dinner Food | 44.45 meal ✓ | |
| | CHECK# 3823 | | |
| 05-24-11 | Wilmer Hale | 220.00 | |
| 05-24-11 | Sales Tax Rooms - State | 12.54 | |
| 05-24-11 | Sales Tax Rooms - City | 13.20 | |
| 05-24-11 | Sales Tax Rooms - Convention | 6.05 | |
| 05-25-11 | North 26 Food | 20.12 meal ✓ | |
| | CHECK# 3849 | | |
| 05-25-11 | HSIA - In Room | 9.95 internet ✓ | |
| | Room# 515 : $9.95 for 24 hours o | | |
| | $9.95 for 24 hours o | | |
| 05-25-11 | Parking - Valet | 43.00 | |
| 05-25-11 | Parking - Valet | 12.00 | |
| | Early Fee | | |
| 05-25-11 | Wilmer Hale | 220.00 | |
| 05-25-11 | Sales Tax Rooms - State | 12.54 | |
| 05-25-11 | Sales Tax Rooms - City | 13.20 | |
| 05-25-11 | Sales Tax Rooms - Convention | 6.05 | |
| 05-26-11 | North 26 Food | 20.98 meal | |
| | CHECK# 3897 | | |
| 05-26-11 | Room Charge | 50.00 — other hotel | |
| | early departure | | |
| 05-26-11 | Sales Tax Rooms - State | 2.85 | |

# MILLENNIUM
## BOSTONIAN HOTEL
### BOSTON

| | | Room No. | : | 515 |
|---|---|---|---|---|
| | | Arrival | : | 05-24-11 |
| **INFORMATION INVOICE** | | Departure | : | 05-27-11 |
| Membership No. | : | Page No. | : | 2 of 2 |
| A/R Number | : | Folio No. | : | |
| Group Code | : | Conf. No. | : | 4611961 |
| Company Name | : WilmerHale LLP | TA Record Locator | : | |

**William King**
**1608 crapapple ln**
**Champaign IL 61822**
**United States**

| Date | Text | | Charges USD | Credits USD |
|---|---|---|---|---|
| | | | 3.00 | |
| 05-26-11 | Sales Tax Rooms - City | | 1.38 | |
| 05-26-11 | Sales Tax Rooms - Convention | | | 720.26 |
| 05-26-11 | Visa | | | |
| | XXXXXXXXXXXX3174 | XX/XX | | |
| | | | 720.26 | 720.26 |
| | **Total** | | 0.00  USD | |
| | Balance | | | |

Guest Signature: _____

*Log on to www.millenniumhotels.com to get your Best Rate Guarantee*

26 North Street at Faneuil Hall Marketplace Boston, MA 02109
Phone 617.523.3600  Toll Free 866.866.8086

```
**********************************
CHECK # 537583      DATE 5/25/11
TABLE # 44          TIME  8:59PM


--  COCKTAIL : C-STACY  --

ITEMS ORDERED              AMOUNT

1 H- SIZZLE SALMON          24.95
1 SP-SD ONION STR            4.95
1 8 OZ 14 HAND CAB          11.50

**********************************

SUBTOTAL        41.40
TAX              2.90
----------------------------------
TOTAL DUE       44.30
----------------------------------
                      Dinner

Look for the $1.95 Happy Hour Menu!!
   Monday - Friday  3:30pm - 6:30pm
 Monday - Thursday  9:30pm - 10:30pm
  ANNUAL PATIO PARTY MAY 26, 2011
          $10 Cover Featuring
Live Music, BBQ Buffet, Captain Morgan's
  Peak Organic Brewing and Harpoon!!
          $5 Drink Tokens
McCormick & Schmick's Seafood Restaurant
  Faneuil Hall Market Place 617.720.5522
```

```
U OF I WILLARD AIRPORT
SAVOY ILLINOIS
```

```
05/26/11 17:25  LH 1 A# 11  TXM# 33299
05/24/11 07:49 In  05/26/11 17:25 Out
Fee .....2      $   15.00
Total Fee       $   15.00
CASH PAID       $   15.00
Cash Tender     $   15.00-
Change Due      $    0.00
THANK YOU !
COME AGAIN !
```

Parking

MEALS (HOTEL)
5/24  $44.45
5/25  $20.12
5/26   20.98
Charges to hotel bill

```
HMSHOST
WOLFGANG PUCKS T3MAIN
Chicago 773.686.6180
CHECK:      7859
TABLE:      130/1
SERVER:     7931 Victoria
DATE:       MAY24'11 11:44AM
CARD TYPE:  VISA    AO
ACCT #:     XXXXXXXXXXX3174
EXP DATE:   XX/XX
AUTH CODE:  02439B
            WILLIAM P KING

TOTAL:           18.19

TIP: _____  4.00

TOTAL: _____ 22.19

X _____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

          Lunch
```

```
-CITY OF BOSTON-
CAB #        1036
D-ID #      14336
TRIP #       6043
DATE     05/24/11
RATE USED:      1
PASSENGERS:     1
START END MILES
16:22 16:32  5.0
FARE: $    17.00
EXTRA: $     0.00
TOLLS: $     7.50
TOTAL: $    24.50

TIP: _____

GR.TOT $ 30.00


CASH RECEIPT

HACKNEY CARRIAGE
(617) 536-TAXI
EMAIL: TAXI.BPD@
CITYOFBOSTON.GOV
```

TAXI

```
Amount $ $ 30.00      Cab #.
--------------------------------------
CAB COMPANY
--------------------------------------
Cab Fare      From  Hotel
--------------------------------------
              To    Airport
--------------------------------------
Date          5/26/2011
              RECEIVED PAYMENT
--------------------------------------
        TAXI
```

```
MAY 26 -
LUNCH AT AIRPORT
$14.00
(no Receipt)
```

June 1, 2011

Grant Rowan
WilmerHale

Dear Mr. Rowan:

Please accept this invoice in the amount of $12,000.00.  This is invoice is for 30 hours of work performed on the heat pipe project during the period May 1 – June 1, 2011.

The following page shows a daily breakdown of my activities in this period.

Please send a check to the address below.  I have a W-9 on file with WilmerHale.

Thank you very much.


Sincerely,


William P. King, Ph.D.
1608 Crabapple LN
Champaign IL 61822

| DATE | Hours Worked | Notes |
|---|---|---|
| 1-May | | |
| 2-May | | |
| 3-May | 1 | deposition prep |
| 4-May | | |
| 5-May | | |
| 6-May | | |
| 7-May | | |
| 8-May | | |
| 9-May | 1 | deposition prep |
| 10-May | 1 | deposition prep |
| 11-May | 1 | deposition prep |
| 12-May | | |
| 13-May | | |
| 14-May | | |
| 15-May | 2 | deposition prep |
| 16-May | 2 | deposition prep |
| 17-May | | |
| 18-May | | |
| 19-May | | |
| 20-May | 2 | deposition prep |
| 21-May | | |
| 22-May | | |
| 23-May | 2 | deposition prep |
| 24-May | 4 | deposition prep |
| 25-May | 10 | deposition prep |
| 26-May | 2 | deposition prep / deposition |
| 27-May | | |
| 28-May | | |
| 29-May | | |
| 30-May | 1 | work on declaration |
| 31-May | | |
| 1-Jun | 1 | work on declaration |
| | 30 | TOTAL HOURS WORKED |